An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARTWELL ADVISORY GROUP,
LTD.; AND JOHN BARTLETT,
ESQUIRE,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
KENNETH C. CORY, DISTRICT
JUDGE,
Respondents,
and
STATION CASINOS, LLC,
Real Party in Interest.

No. 68958

FILED

NOV 1 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION
### FOR WRIT OF MANDAMUS OR PROHIBITION

This is an original petition for a writ of mandamus or prohibition challenging a district court's refusal to stay the proceedings. Having considered the petition and supporting documents before us, we conclude that petitioners have failed to demonstrate that our extraordinary intervention is warranted at this time. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (holding that whether to consider a writ petition is within the discretion of this court). In this regard, based on the documentation before us, we cannot conclude that the district court's denial of petitioners' stay motion was an arbitrary or capricious abuse of discretion. *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008) (holding that a writ of mandamus may issue to address an arbitrary or

SUPREME COURT
OF
NEVADA

(O) 1947A

15-34662

capricious abuse of discretion); *see Pan v. Eight Judicial Dist. Court*, 120 Nev. 222, 229, 88 P.3d 840, 844 (2004) ("If essential information is left out of the petition and accompanying documentation, we have no way of properly evaluating the petition."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

cc:     Hon. Kenneth C. Cory, District Judge
         Calvin R.X. Dunlap and Associates
         Dickerson Law Group
         Joshua D. Wolson
         Pisanelli Bice, PLLC
         Eighth District Court Clerk